IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAMELA JEAN OWENS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV476 |
| | ) | |
| v. | ) | |
| | ) | |
| BOARD OF REGENTS OF THE | ) | ORDER |
| UNIVERSITY OF NEBRASKA | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion to strike (Filing No. 12). Plaintiff requests the Court to strike portions of defendant's answer or, alternatively, to deem specific portions of the complaint admitted pursuant to Fed. R. Civ. P. 8(b), 9(a)(2) and 12(f). Having reviewed the motion, the parties' briefs, and the applicable Federal Rules of Civil Procedure, the Court finds plaintiff's motion to strike should be denied in all respects. Accordingly,

IT IS ORDERED that plaintiff's motion to strike (Filing No. 12) is denied.

DATED this 1st day of April, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court