```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

PAMELA JEAN OWENS,            )
                              )
           Plaintiff,         )         8:07CV476
                              )
      v.                      )
                              )
BOARD OF REGENTS OF THE       )         ORDER
UNIVERSITY OF NEBRASKA        )
                              )
           Defendant.         )
_____)
```

This matter is before the Court on the stipulation for dismissal (Filing No. 35). Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay its own costs, expenses and attorney fees.

DATED this 23rd day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
  LYLE E. STROM, Senior Judge
  United States District Court